# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. __16-11341__

__University of South Florida, Board of Trustees__ vs. __CoMentis, Inc.__

The Clerk will enter my appearance for these named parties: __University of South Florida, Board of Trustees__

In this court these parties are:  ☒ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
                                   ☐ appellee(s)    ☐ respondent(s)   ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:
__N/A__

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: __District of Columbia__   State Bar No.: __343400__

Signature: __/s/Jerry Stouck__

Name (type or print): __Jerry Stouck__   Phone: __202-331-3173__

Firm/Govt. Office: __Greenberg Traurig LLP__   E-mail: __stouckj@gtlaw.com__

Street Address: __2101 L Street NW, Suite 1000__   Fax: __202-261-4751__

City: __Washington__   State: __DC__   Zip: __20037__

12/07

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via U.S. Mail.

| | |
|---|---|
| Lawrence P. Ingram | Eric S. Walters |
| Jason P. Stearns | John D. Freed |
| Phelps Dunbar LLP | Davis Wright Tremaine LLP |
| 100 South Ashley Drive, Suite 1900 | 505 Montgomery Street, Suite 800 |
| Tampa, FL 33602 | San Francisco, CA 94111 |

                                                     /s/ Jerry Stouck
                                                     Jerry Stouck